

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2014

No. 04-13-00871-CV

Alonzo Foster **BALL**, Jr.,
Appellant

v.

LaVaughn **LEWIS**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05112
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

On January 20, 2014, we abated this appeal, remanded it to the trial court for an indigence hearing, ordered the trial court to determine whether Appellant's appeal was frivolous, and ordered the district clerk to file a supplemental clerk's record containing the trial court's findings. On remand, the trial court vacated the order complained of on appeal, but did not find whether the appeal was frivolous.

On March 6, 2014, the district clerk filed a notification of late record indicating that the clerk has not yet received the trial court's findings. On March 7, 2014, we ordered Appellant to show cause in writing why this court has jurisdiction in this appeal, and we suspended all other appellate deadlines.

The district clerk's request is MOOT.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court